**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SIGMA CORPORATION OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BLUETECH DEALS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:25-cv-10810-JHR<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on January 15, 2026 a true and correct copy of the following documents: i) Mediation Referral Order (ECF No. 8); ii) Order Regarding Early Mediation and The Initial Pretrial Conference (ECF No. 9); and iii) the Honorable Jennifer H. Rearden's Individual Rules and Practices in Civil Cases, have served via FedEx Overnight Delivery mail upon the following:

　　　　　　　　BLUETECH DEALS, INC.
　　　　　　　　30 N. Gould St. Ste. R
　　　　　　　　Sheridan, WY 82801

Respectfully submitted this 20th day of January, 2026

　　　　　　　　**KILPATRICK TOWNSEND &**
　　　　　　　　**STOCKTON LLP**

　　　　　　　　*/s/ Rob Potter*_____
　　　　　　　　Rob Potter
　　　　　　　　3 Times Square
　　　　　　　　New York, New York 10036
　　　　　　　　Telephone: (212) 775-8733
　　　　　　　　Facsimile: (212) 775-8816
　　　　　　　　rpotter@ktslaw.com

　　　　　　　　*Attorney for Plaintiff*