**KILPATRICK TOWNSEND &
STOCKTON LLP**
Bryan J. Wolin
3 Times Square
New York, New York 10036-7703
Telephone: (212) 775-8735
Facsimile: (646) 304-2293
Email: bwolin@ktslaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SIGMA CORPORATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BLUETECH DEALS, INC., <br><br> Defendant. | Civil Action No. 1:25-cv-10810 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff SIGMA Corporation of America

("SIGMA America") hereby notices the dismissal of the above-captioned action without

prejudice and with each party to bear its own costs and attorneys' fees.

There are no remaining defendants in this action and it may be terminated by the Court.

Respectfully submitted, this 18th day of March, 2026.

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Bryan J. Wolin*
Bryan J. Wolin
3 Times Square
New York, New York 10036-7703
Telephone: (212) 775-8735
Facsimile: (646) 304-2293
Email: bwolin@ktslaw.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, a true and correct copy of the foregoing document has been served on counsel for Bluetech Deals, Inc., by electronic mail.

*Bryan Wolin*
Bryan Wolin